UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST KELLY HOLESTINE, | Case No. 20-06629 BLF (PR) |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL** |
| S. GATES, et al., | |
| Defendants. | |

On September 22, 2020, Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.[1]  Dkt. No. 1.  On December 3, 2020, Plaintiff filed a notice of voluntary dismissal requesting the instant action be dismissed, citing to "FRCP 41(a)." Dkt. No. 8.

A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i).  Said dismissal may be with or without prejudice, but unless plaintiff's notice of dismissal states otherwise, it is deemed to be

---

[1] The matter was reassigned to this Court on October 8, 2020, after Plaintiff declined magistrate judge jurisdiction.  Dkt. No. 6, 7.

"without prejudice." *See* Fed. R. Civ. P. 41(a)(1); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959).

Based on the foregoing, Plaintiff's request for voluntary dismissal is **GRANTED**. *Id.* This action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __January 28, 2021___

BETH LABSON FREEMAN
United States District Judge

Order Granting Request for Vol. Dism.
P:\PRO-SE\BLF\CR.20\06629Holestine_vol.dism

2