UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST KELLY HOLESTINE, <br>     Plaintiff, <br>   v. <br><br> S. GATES, et al., <br>     Defendants. | Case No. 20-06629 BLF (PR) <br><br> **JUDGMENT** |

    Plaintiff's request for voluntary dismissal of this action has been granted. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated:  __**January 28, 2021**___

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.20\06629Holestine_jud